IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01467-BNB

WILLIAM LEE LORNES THE III, also known as
WILLIAM LEE LORNES,

    Plaintiff,

v.

MENTAL HEALTH CORP., 701 East Colfax Avenew [sic], Denver, Colorado 80203, 303-831-4570,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, William Lee Lornes the III, also known as William Lee Lornes, currently is detained at the Denver Van Cise-Simonet Detention Center. The caption of this order has been corrected to include his alias. Mr. Lornes filed *pro se* a Prisoner Complaint (ECF No. 1) pursuant to 42 U.S.C. § 1983 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).

    On June 7, 2012, Magistrate Judge Boyd N. Boland directed Mr. Lornes to cure certain designated deficiencies in the case within thirty days. Specifically, Magistrate Judge Boland informed Mr. Lornes that the names in the caption to the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 did not match the names in the caption to the Prisoner Complaint and that he had failed to submit a current certified copy of his trust fund account statement for the six-month period immediately preceding this filing. On July 7, 2012, Mr. Lornes submitted an uncertified

copy of his trust fund account statement as of June 21, 2012.  On July 2, 2012, he submitted a certified copy of his trust fund account statement as of July 2, 2012.  He failed within the time allowed to submit an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 with names in the caption that matched the names in the caption to the Prisoner Complaint.  However, the action was not dismissed for that reason.

Instead, on July 17, 2012, Magistrate Judge Boland granted Mr. Lornes leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee (ECF No. 7).  Magistrate Judge Boland listed the Defendant named on the Prisoner Complaint as the sole Defendant on the order granting leave to proceed *in forma pauperis* and on the order for an amended complaint entered on July 19, 2012 (ECF No. 8).  Magistrate Judge Boland directed that the amended complaint comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that Mr. Lornes identify all of the parties in the caption of the amended Prisoner Complaint pursuant to Rule 10(a) to avoid any confusion regarding the proper parties in this action.  Mr. Lornes also was directed to provide the full address for each named defendant so that each defendant could be properly served.  Magistrate Judge Boland warned Mr. Lornes that if he failed to file an amended Prisoner Complaint that complied with the directives of the July 19 order within the time allowed, the Prisoner Complaint and the action would be dismissed without further notice.

On July 23, 2012, Mr. Lornes filed a copy of an inmate grievance form.  However, he failed, within the time allowed, to file an amended Prisoner Complaint as directed.  Therefore, the Prisoner Complaint and the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Lornes files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, William Lee Lornes the III, to comply with the pleading requirements of Rule 8 and the directives of the order of July 19, 2012.  It is

FURTHER ORDERED that the clerk of the Court is directed to add the alias, William Lee Lornes, to the docketing records for this case.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  27th  day of    August         , 2012.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court